UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SANCHEZ,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL PARAMO, et al.,<br><br>    Defendants. | Case No. 24-cv-06009-KAW<br><br>**ORDER OF TRANSFER** |

Plaintiff, who is currently incarcerated at Salinas Valley State Prison, has sued defendants including the warden and various correctional officers at Richard J. Donovan Correctional Facility (RJD), where he was previously incarcerated. ECF 1. When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same State, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. *See* 28 U.S.C. § 1391(b).

The acts complained of in this complaint occurred at RJD in San Diego County, which is in the Southern District of California. Furthermore, all defendants are located in the Southern District of California. Venue, therefore, properly lies in the Southern District of California. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Southern District of California.[1]

---

[1] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).

The Clerk shall terminate any pending motions and transfer the case to the Southern District of California forthwith.

**IT IS SO ORDERED.**

Dated: September 4, 2024

KANDIS A. WESTMORE
United States Magistrate Judge